WWR# 9080953

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

In Re: Randall Perry

           Debtor,

Case No. 08-23939
Chapter 13
Hon. John H. Squires

_____/

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes, Selene Finance, LP, and responds to the Trustee's Motion to Deem Current as follows:

1. Debtor is due for the following post-petition outstanding obligations on Selene Finance, LP's loan:

| | |
|---|---:|
| 12/1/09 through 3/1/11 (16 payments) * $2,708.74 | $43,339.84 |
| Late Charge | $376.44 |
| Total Due | $43,716.28 |
| Suspense | -$2,598.81 |
| Net Due | $41,117.47 |

2. Consequently, Creditor's loan is not fully current, and Creditor shall not treat the mortgage as reinstated.

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: March 21, 2011

By: /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Phone: 312-253-9624
Fax: 312-782-4201
ARDC #6198913
Attorney for Creditor
Selene Finance, LP

# PROOF OF SERVICE

Creditor Selene Finance, LP filed a Statement of Outstanding Obligations. All parties were served a copy of the statement on March 21, 2011. The Motion was served upon Debtor by depositing the same in the U.S. Mail at 180 N. LaSalle Chicago, Illinois postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

Randall Perry
1524 North LeClaire Street
Chicago, IL 60651

Christine Thurston
Michael M Rouker
Patrick J. Semrad
Attorneys for Debtor
Robert J Semrad and Associates
20 S Clark St, Ste. 2800
Chicago, IL 60603

Marilyn O. Marshall
Chapter 7 Trustee
224 South Michigan, Ste 800
Chicago, IL 60604

Respectfully submitted,

**WELTMAN, WEINBERG & REIS CO., L.P.A.**

By: /s/ Monette Cope
Monette Cope
180 N. LaSalle Street, Suite 2400
Chicago, IL 60601
Phone: 312-253-9624
ARDC #6198913
Attorney for Creditor
Selene Finance, LP